JOSEPH A. CREITZ (SBN: 169552)
The Law Office of Joseph A. Creitz, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 269-3675
Facsimile: (415) 513-4475

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| ESTATE OF VINCENT MCLAUGHLIN and RAQUEL MCLAUGHLIN-RAY<br><br>Plaintiffs,<br><br>vs.<br><br>TERRI OWEN, et al.<br><br>Defendants. | CASE NO. CV11-02287 EJD<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE (Dkt. Entry 54) and [proposed] ORDER**<br><br>**[Standing Order I.B.]**<br><br>Prelim. Pretrial Conf. Date: **August 17, 2012** |
|---|---|

On August 8, 2012, this Court issued an ORDER TO SHOW CAUSE RE: SETTLEMENT (Dkt. Entry 54), requiring the parties to file a joint statement or a stipulated dismissal no later than September 7, 2012, and otherwise to appear before the court at 9:00 a.m. on September 14, 2012, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Because of the large number of attorneys and parties involved, and various unavailabilities of counsel during the four weeks since the Court issued its Order to

-1-
**JOINT RESPONSE TO ORDER TO SHOW CAUSE and [proposed] ORDER**

Show Cause, the parties have not yet executed the settlement agreement. Therefore, the Court should not yet dismiss the case.

However, as of the date of filing hereof, all counsel have finalized the terms of the written settlement agreement. It is expected that the agreement can be circulated to the parties for final execution immediately.

Therefore, the undersigned jointly request that the Court continue the dates set in its prior Order to Show Cause by 21 days in order that the parties and their counsel can execute the finalized settlement agreement and thereafter prepare and submit a stipulated dismissal.

Dated: September 7, 2012     THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.

                                               /s/ Joseph A. Creitz
                                       Joseph A. Creitz
                                       Attorneys for Plaintiffs

Dated: September 7, 2012     LAW OFFICE MICHAEL MARQUEZ

                                               /s/ Michael Marquez
                                       Michael Marquez
                                       Attorneys for Plaintiffs

Dated: September 7, 2012     GORDON & REES LLP

                                               /s/ Jordan Altura
                                       Jordan S. Altura
                                       Attorneys for Defendant
                                       Aetna Life Insurance Company

1
2  Dated: September 7, 2012						CASAS, RILEY, & SIMONIAN
3
4								/s/ Gregory C. Simonian
								Gregory C. Simonian
5								Valerie S. Higgins
								Attorneys for Defendant
6								Media News Group
7
8
9  Dated: September 7, 2012						LAW OFFICE OF SANDRA DEMENT
10
11								/s/ Sandra Dement
								Sandra Dement
12								Attorneys for Defendant
								Terri Owen
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
**JOINT RESPONSE TO ORDER TO SHOW CAUSE and [proposed] ORDER**

[proposed] ORDER

Upon the joint request of all parties, and good cause appearing, the September 14, 2012 hearing on the Order to Show Cause previously set by this court is **continued** by 21 days, to October 5, 2012, at 9:00 AM in Courtroom No. 4, 5th Floor United States District Court, 280 South First Street, San Jose, California, 95113. On or before September 28, 2012, the parties shall file another joint statement in response to the Court's Order to Show Cause (Dkt. Entry 54) setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal. The Order to Show Cause will be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before September 28, 2012.

IT IS SO ORDERED

Dated:  September 11, 2012

United States District Judge